THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
_____

No. 24-2150

JUAN CARLOS MELÉNDEZ-SERRANO.

*Petitioner – Appellee,*

v.

ANA ESCOBAR PABÓN; JANET PARRA MERCADO, Attorney General of the Commonwealth of Puerto Rico; VÍCTOR MALDONADO, Warden,

*Respondents – Appellants.*

---

**MOTION FOR EXTENSION OF TIME TO FILE APPELLANTS' BRIEF**

---

| | |
|---|---|
| **OMAR ANDINO-FIGUEROA** | **LUIS R. ROMAN-NEGRON** |
| Solicitor General of Puerto Rico | USCA No. 91490 |
| USCA No. 1197240 | ROMAN NEGRON LAW, PSC |
| P.O. Box 9020192 | P.O. Box 360758 |
| San Juan, PR 00902-0192 | San Juan, PR 00936 |
| Tel. (787) 721-2900 | Tel. (787) 979-2007 |
| *Attorney for Appellants* | *Attorney for Appellants.* |

March 17, 2025

The Respondents-Appellants, Ana Escobar Pabón, Janet Parra-Mercado and Víctor Maldonado, each in their official capacities, hereby move under Federal Rules of Appellate Procedure 26(b), 27, and 31(a)(1), and this Court's Rules 27 and 31, for an order modifying the briefing schedule entered by the Court on February 5, 2025. Under the current briefing schedule, appellants' brief and appendix are due on March 17, 2025, and appellees' brief is due 30 days thereafter.

For good cause set forth herein, appellants request that the deadline for filing their brief and appendix be extended by thirty (30) days, until **April 16, 2025**.

As grounds for this motion, we respectfully inform that the Office of the Solicitor General has significant litigation commitments before the Puerto Rico courts and this Court. Among other commitments, the Appellants' Brief in the case of *Ramos-Cruz v. Parra-Mercado*, 24-2009, is due on March 24, 2025, and a Reply Brief is due on March 19, 2025 in the case of *Ocasio v. Comision Estatal de Elecciones*, 24-1822. As such, the Office of the Solicitor General has been working on multiple public interest cases that require (and have required) significant time and resources.

In addition, this case has a voluminous record before the district court, and the undersigned counsel needs more time to adequately prepare and review the appellants' brief. Finally, the undersigned counsel certifies that this request is made

in good faith and will not unfairly prejudice the parties, as the extension requested is short and reasonable.

WHEREFORE, the appellants respectfully request the Court to take notice of the foregoing and allow an extension of thirty (30) days, until April 16, 2025, for appellants to file their brief and appendix.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 17th day of March, 2025.

*s/Luis R. Román-Negrón*
**LUIS R. ROMAN-NEGRON**
USCA No. 91490
ROMAN NEGRON LAW, PSC
P.O. Box 360758
San Juan, PR 00936
Tel. (787) 979-2007
*Attorney for Appellants.*