# United States Court of Appeals
## For the First Circuit

No. 24-2150

JUAN CARLOS MELÉNDEZ-SERRANO,

Petitioner - Appellee,

v.

ANA I. ESCOBAR PABÓN; JANET PARRA MERCADO, Attorney General of the Commonwealth of Puerto Rico; VÍCTOR MALDONADO, Warden,

Respondents - Appellants.

**ORDER OF COURT**

Entered: March 17, 2025
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of motion, it is ordered that the time for Appellants Ana I. Escobar Pabón, Víctor Maldonado, and Janet Parra Mercado to file a brief and appendix be enlarged to and including **April 16, 2025**.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Mariola Abreu Acevedo
Omar J. Andino Figueroa
Juan F. Matos-de Juan
Luis R. Román-Negrón
Pablo Tufiño-Soto