# United States Court of Appeals
## For the First Circuit

No. 24-2150

JUAN CARLOS MELÉNDEZ-SERRANO,

Petitioner - Appellee,

v.

ANA I. ESCOBAR-PABÓN; JANET PARRA MERCADO, Attorney General of the Commonwealth of Puerto Rico; VÍCTOR MALDONADO, Warden,

Respondents - Appellants.

### ORDER OF COURT

Entered: May 14, 2025

In Appeal No. 24-2009, petitioner-appellee Antonio Ramos-Cruz filed a motion to consolidate No. 24-2009 with this appeal, No. 24-2150, indicating that counsel for petitioner-appellee Juan Carlos Meléndez-Serrano does not oppose consolidation. Respondents-appellants in No. 24-2009 filed an opposition.

The opposed motion to consolidate is granted. Appeal Nos. 24-2009 and 24-2150 are consolidated for purposes of briefing and oral argument. The briefing schedules are hereby vacated, and the clerk will set a new briefing schedule in due course. Appellants shall file a joint brief and appendix.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Luis R. Román-Negrón
Pablo Tufiño-Soto
Omar J. Andino Figueroa
Mariola Abreu Acevedo
Juan F. Matos-de Juan
Juan Carlos Meléndez-Serrano