Nos. 24-2009, 24-2150

## United States Court of Appeals for the First Circuit

———————————

**ANTONIO RAMOS CRUZ,** *Petitioner - Appellee,*
**JUAN CARLOS MELÉNDEZ-SERRANO,** *Petitioner - Appellee,*

*v.*

**LORRAINE MARTINEZ ADORNO,** *Warden;*
**LOURDES GOMEZ-TORRES,** *Sec'y of Justice, Respondents – Appellants,*
**ANA ESCOBAR-PABÓN,** *Sec'y of P.R. Dep't of Corr. and Rehab.*, *Respondent*

On Appeal from the U.S. District Court, District of Puerto Rico

———————————

**APPELLEE'S MOTION TO STAY AND/OR EXTEND THE BRIEFING SCHEDULE**

———————————

TO THE HONORABLE COURT:

Appellees Antonio Ramos-Cruz and Juan Carlos Meléndez-Serrano respectfully move to stay the briefing schedule pending this Court's resolution of their concurrently filed motion for summary disposition pursuant to Local Rule 27.0(c). In the alternative, Appellees respectfully request to extend the responsive-brief due date by 30 days.

This appeal arises from a 28 U.S.C. § 2254 matter in which the District Court granted habeas relief to both Appellees after issuing an eighty-page opinion concluding that the Puerto Rico Court of Appeals made unreasonable factual determinations in reinstating Appellees' 1992 murder convictions. The underlying convictions were obtained by ex-prosecutor Andrés Rodríguez-Elías, whose cases have produced at

least five wrongful convictions to date. Appellees have maintained their innocence for more than three decades.

The convictions rested on a trial record that the District Court found was marred by serious deficiencies: the Puerto Rico Police Department failed to preserve critical evidence and contaminated the crime scene; the murder weapon appeared at the victim's estranged husband's home months after the triple homicide; and the prosecution's only witness testimony came from two teenagers—José and Bárbara Martínez—who initially denied any knowledge of the murders but changed their account only after a nine-hour interview at the Puerto Rico Department of Justice during which they were Mirandized and threatened with prosecution. The prosecution's theory at trial was that the murders were motivated by an attempted sexual assault.

New mitochondrial DNA testing of hairs recovered from the victim's underwear excluded both Appellees as contributors—evidence that directly undermined the sexual-assault motive on which the prosecution's case rested. This evidence secured state postconviction relief from a Puerto Rico Court of First Instance, which vacated the judgment of conviction. A two-judge panel of the Puerto Rico Court of Appeals reversed, crediting pseudoscientific testimony that microscopic hair comparison and mtDNA testing are "equally reliable"—a proposition the scientific

community has squarely rejected. On federal habeas review, the District Court held that this determination was objectively unreasonable under 28 U.S.C. § 2254(d)(2).

Appellee Ramos has been released from custody since September 2023 and has complied fully with all conditions of release. Appellee Meléndez similarly returned to the community in 2024 without incident.

Contemporaneously with this motion, Appellees have filed a motion for summary disposition seeking resolution of this appeal without further briefing. Given the pendency of that motion, a stay of the briefing schedule would conserve the resources of the parties and the Court by avoiding merits briefing that may ultimately prove unnecessary. Appellees therefore respectfully request that the Court stay the current briefing schedule while the motion for summary disposition is ruled upon. Pending resolution of that motion, Appellees respectfully request that they be afforded thirty days to file their corresponding brief.

**WHEREFORE**, it is respectfully requested that the Court grant this motion.

RESPECTFULLY SUBMITTED on March 27, 2026.

Counsel for Appellee
Juan C. Meléndez-Serrano:

*s/Juan F. Matos de Juan*
Juan F. Matos de Juan
USDC-PR 207605
255 Ponce de Leon, Suite 1210
Hato Rey, Puerto Rico 00917
Telephone:  (787) 509-2335
E-Mail: matos@gsmr.net

Counsel for Appellee
Antonio Ramos-Cruz:

RACHEL BRILL
Federal Public Defender
District of Puerto Rico

*s/Franco L. Pérez-Redondo**
Franco L. Pérez-Redondo
Assistant Federal Public Defender
Supervisor, Appellate Division
First Circuit Bar No. 1175955
241 F.D. Roosevelt Ave.
San Juan, Puerto Rico 00918
T. (787) 281-4922
E. Franco_Perez@fd.org

*CERTIFICATION: I ECF-filed this MOTION notifying the parties, including counsel for Appellants.